Omar Rodriguez Alonso
LPCC, MA121
5501 N. La Palma Rd.
Eloy AZ 85131

In Pro per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Omar Rodriguez Alonso,**

        Petitioner,

    v.

**Melissa Lea, et. al.,**

        Respondent

Case No.: CV 10-2965-TJH (MAN)

**PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME; DECLARATION OF OMAR RODRIGUEZ ALONSO; DECLARATION OF RONALD G. BROCK**

    Petitioner, Omar Rodriguez Alonso, respectfully applies to this Court for a thirty-day Enlargement of Time, to and including January 9, 2011, in which to file and serve a Reply to Respondent's Objections to the Report and Recommendation of the United States Magistrate Judge.

    The Application is made for good cause as set forth in the attached Declaration of Omar Rodriguez Alonso and Declaration of Ronald G. Brock.

Dated: December 10, 2010

                              Respectfully submitted,

                              Omar Rodriguez Alonso
                              Petitioner

                              In Pro per

## DECLARATION OF OMAR RODRIGUEZ ALONSO

I, OMAR RODRIGUEZ ALONSO, hereby declare under penalty of perjury that the following is true and correct.

1. I am the Petitioner in the case of Omar Rodriguez Alonso v. Melissa Lea, et. al., case number CV 1-2965-TJH (MAN). For the following reasons, I will be unable to prepare and file the Reply to the Objections to the Report and Recommendation of United States Magistrate Judge within the current deadline.

2. I had been relocated into another area of the unit. At the time I was relocated, I was placed on lockdown status at no initiation on my part or for any disciplinary reason. The reason I was relocated was to be closer to the individual who has been assisting me since my tenure in Arizona.

3. Accordingly, for the foregoing reasons, I respectfully request a thirty-day Enlargement of Time, to and including January 9, 2011, in which to file and serve the Reply to the Objections to the Report and Recommendation of United States Magistrate Judge.

4. Because Petitioner is in pro se and incarcerated and that the agent for the Respondent (the Attorney General) and/or the Respondent herself will not accept a collect call from Petitioner, Petitioner has not contacted either the Attorney General or the Respondent whether there is any objection to this Application for Enlargement of Time.

I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 10th day of December, 2009, at Eloy, Arizona.

*Omar Rodriguez Alonso*
Omar Rodriguez Alonso
Declarant, Petitioner

In Pro per

## DECLARATION OF RONALD G. BROCK

I, RONALD G. BROCK, hereby declare under penalty of perjury that the following is true and correct.

1. I am not a party to the case of Omar Rodriguez Alonso v. Melissa Lea, et. al., case number CV 1-2965-TJH (MAN).

2. I am assisting and have been assisting Omar Rodriguez Alonso in the research, preparation, and filing of his various state petitions and the instant federal petition since our tenure in Arizona.

3. Omar Rodriguez Alonso has a difficulty in the English language and has requested for my assistance as he does not have the ability to understand this Court's orders and/or that which is necessary to respond. This inmate has assisted Petitioner in all that has been submitted to the state courts and to this court to protect his constitutional rights that has been violated because of ineffective assistance of counsel which is imputed to the State.

4. Because of the lockdown that all the inmates endured because of an annual search and not because of any disciplinary purposes of either the Petitioner or myself (or any inmate), this inmate was not allowed to utilize the law library in to which to assist the Petitioner to research, prepare and file the Reply to the Objections to the Report and Recommendation of United States Magistrate Judge.

5. We are not now on any lockdown status as of this date and do not expect any in the immediate future, but as this inmate has not and/or does not make or declare any warranty, guarantees, and/or promises to Petitioner as to any outcome to this or any other application for collateral review, this inmate does not make or declare any warranty, guarantees, and/or promises to this Court that any lockdown will not occur in

Application for Enlargement of Time - 3

the near future. But, this inmate will contact and/or keep this Court informed to any other lockdowns that may prevent Petitioner (through this inmate) to file his Reply on time.

      6. It is respectfully requested of this Court to grant Petitioner's application for the enlargement of time, so this inmate can provide Petitioner the best of this inmate's ability in assisting him to protect his constitutional rights.

      7. This inmate declares that he has prepared this application for Petitioner. It is suggested that since the State courts provide an interpreter for Petitioner at trial, it may follow that the federal courts have on staff a clerk that can respond to any inmate that is confined by the state and therefore, not here voluntarily, in the language that certain Petitioner understands. In this case, that would be the Spanish language.

      I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct.

      Executed this 10th day of December, 2009, at Eloy, Arizona.

                                              Ronald G. Brock
                                              Declarant

# PROOF OF SERVICE BY MAIL

Case Name:    Omar Rodriguez Alonso v. Melissa Lea, et. al.,
Case No.:     CV 1-2965-TJH (MAN)

I, Omar Rodriguez Alonso, do hereby declare that I am over the age of eighteen and am a party to this action. I am a resident of La Palma Correctional Center and my address is 5501 N. La Palma Rd., Eloy AZ 85131.

I have placed the true original and/or true copies in an envelope(s) with postage fully paid and delivered them into a designated mailbox at the facility the following on the following addressees:

**PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME; DECLARATION OF OMAR RODRIGUEZ ALONSO; DECLARATION OF RONALD G. BROCK**

**CLERK OF THE COURT**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**312 N. SPRING ST.**
**LOS ANGELES CA 90012**

**OFFICE OF THE ATTORNEY GENERAL**
**LOS ANGELES OFFICE**
**300 S. SPRING ST.**
**LOS ANGELES CA 90013**

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 10th day of December, 2010 at Eloy, Arizona.

Omar Rodriguez Alonso
Declarant
Appellant-Petitioner

In Pro per